# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 145TH DISTRICT COURT OF NACOGDOCHES COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 7th day of September, 2016, the cause upon appeal to revise or reverse your judgment between

**MJS AND ASSOCIATES, L.L.C., A TEXAS LIMITED LIABILITY CORPORATION,**
**Appellant**

**NO. 12-15-00219-CV; Trial Court No. C1127910**

Opinion by Brian Hoyle, Justice.

**JUDY MASTER, RN AND MATTHEW MASTER, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the oral arguments, appellate record, and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that all costs of this appeal are hereby adjudged against the Appellant, **MJS AND ASSOCIATES, L.L.C., A TEXAS LIMITED LIABILITY CORPORATION**, for which execution may issue, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 1st day of December, 2017.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk